922 A.2d 707

IN THE MATTER OF ARTHUR GLATMAN,
AN ATTORNEY AT LAW.

May 24, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–300, concluding that **ARTHUR GLATMAN** of **JERSEY CITY,** who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.15(a)(negligent misappropriation), *RPC* 1.15(b)(failure to disburse funds promptly), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations), and *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **ARTHUR GLATMAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.